No. 86–5384. BONIN *v.* T. L. JAMES & CO., INC., ET AL., *ante,* p. 888;

No. 86–5427. MAK *v.* UNITED STATES, *ante,* p. 889; and

No. 86–5550. IN RE DIXON, *ante,* p. 913. Petitions for rehearing denied.

No. 85–1535. VEREZ ET AL. *v.* VIRGINIA, *ante,* p. 813;

No. 85–1854. BANKS *v.* FINLEY-SELIGMAN & LATZ, INC., *ante,* p. 816;

No. 85–1856. JAYCO SYSTEMS, INC. *v.* SAVIN BUSINESS MACHINES CORP., *ante,* p. 816;

No. 85–1960. DURDEN *v.* OFFICE OF PERSONNEL MANAGEMENT, *ante,* p. 820;

No. 85–1975. POLYAK *v.* HULEN ET AL., *ante,* p. 821;

No. 85–1991. IN RE POLYAK, *ante,* p. 810;

No. 85–2018. KUNGLE *v.* ST. JOHN'S COLLEGE ET AL., *ante,* p. 822;

No. 85–2059. WINSLOW *v.* BOARD OF MORGAN COUNTY COMMISSIONERS, *ante,* p. 825;

No. 85–2112. LODI TRUCK SERVICE, INC. *v.* DIVISION OF LABOR STANDARDS ENFORCEMENT, DEPARTMENT OF INDUSTRIAL RELATIONS OF CALIFORNIA, *ante,* p. 801;

No. 85–2132. KEHOE *v.* HOFMANN, *ante,* p. 828;

No. 85–2165. DAMASCUS *v.* PACIFIC BELL CO. ET AL., *ante,* p. 830;

No. 85–6844. PULLEY *v.* SCOTT ET AL., *ante,* p. 803;

No. 85–6890. BUELL *v.* OHIO, *ante,* p. 871;

No. 85–6897. CLARK *v.* MARSHALL, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY, *ante,* p. 833;

No. 85–6937. MAY *v.* INTERNATIONAL BUSINESS ASSOCIATES, INC., ET AL., *ante,* p. 834;

No. 85–6941. BASALYGA *v.* PENNSYLVANIA, *ante,* p. 834;

No. 85–7007. FINNAN *v.* FINNAN ET AL., *ante,* p. 836;

No. 85–7017. COOK *v.* GEORGIA, *ante,* p. 871;

No. 85–7042. EITEL *v.* BALDWIN, *ante,* p. 838;

No. 85–7065. JACKSON *v.* DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES, *ante,* p. 839;

No. 85–7070. BYRNE *v.* LOUISIANA, *ante,* p. 871;

No. 85–7135. COLLIER *v.* NEWSOME, SUPERINTENDENT, GEORGIA STATE PRISON, *ante,* p. 842;